# EXHIBIT A

**From:** Herriott, Paul
**Sent:** Wednesday, January 6, 2021 12:54:14 PM
**To:** Bradshaw, Jim <Jim.Bradshaw@WillisTowersWatson.com>
**Cc:** Kent, James <james.kent@WillisTowersWatson.com>
**Subject:** Resignation

Jim,

I just got your text and I am sorry to advise that I am resigning from Willis Re effective immediately. Please note I am very much prepared to help with any transition items during my notice period. I have spent nearly 18 years at Willis Re and hope my contributions have been a part of the collaborative success of the company. While it is time for me to pursue new opportunities, I have greatly enjoyed my experience and equally valued your support and leadership.

Sincerely,
Paul

Paul Herriott
Executive Vice President & National Sales Director
Willis Re
525 Market Street, Suite 3400 | San Francisco, CA 94105
D +1 415 955 0185
M +1 415 595 4960
paul.herriott@willistowerswatson.com
willistowerswatson.com I willisre.com