# EXHIBIT G

# Morrison, George

| | |
|---|---|
| **From:** | Bloomberg, Sheri <Sheri.Bloomberg@WillisTowersWatson.com> |
| **Sent:** | Thursday, January 14, 2021 9:19 AM |
| **To:** | Casher, Scott; Morrison, George; Lee, Joseph |
| **Subject:** | FW: Notice Period and Post Employment Obligations |
| **Attachments:** | 2019 Phantom Stock Awards - Award Agreement - Herriott, Paul.pdf; 2020 Performance-based Restricted Stock - Award Agreement - Herriott, Paul.pdf; 2019 Phantom Stock Awards - Restrictive Covenants - Herriott, Paul.pdf; 2020 Performance-based Restricted Stock - Restrictive Covenants - Herriott, Paul.pdf; 2018 Phantom Stock Awards - Award Agreement - Herriott, Paul.pdf |

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information.

**Sheri E. Bloomberg**
Chief Counsel

**Willis Re Inc. and Willis Re Securities**
Investment, Risk and Reinsurance Segment
**Willis Towers Watson**

200 Liberty Street | New York, NY 10281
Tel: 212-915-7974
Mobile: 917-224-9646
sheri.bloomberg@willistowerswatson.com
willistowerswatson.com

**Important Correspondence Update**: Until further notice, all correspondence should be sent to Willis Towers Watson via email using the email address of the above sender or your usual Willis Towers Watson contact. As with all businesses, we are currently experiencing challenges with the timely receipt of correspondence sent via ordinary postal services so please bear with us. Many thanks for your cooperation and understanding

---

**From:** Bloomberg, Sheri <Sheri.Bloomberg@WillisTowersWatson.com>
**Sent:** Thursday, January 14, 2021 9:14 AM
**To:** rdr3829@gmail.com
**Cc:** Matthews, LaSherril <LaSherril.Matthews@WillisTowersWatson.com>; Lapinsky, Robert <robert.lapinsky@WillisTowersWatson.com>
**Subject:** RE: Notice Period and Post Employment Obligations

Paul:

Further to my letter to you dated January 11, 2021, please find attached certain of your 2018-2020 Phantom Stock Agreements and Performance Based Restricted Stock Agreements that contain post-employment covenants with which you are expected to comply, as noted in the prior letter. Please be aware that there may be additional agreements that you entered into with Willis Re or WTW that you also should abide by.

Regards,

**Sheri E. Bloomberg**
Chief Counsel

**Willis Re Inc. and Willis Re Securities**

1

Investment, Risk and Reinsurance Segment
**Willis Towers Watson**

200 Liberty Street | New York, NY 10281
Tel: 212-915-7974
Mobile: 917-224-9646
sheri.bloomberg@willistowerswatson.com
willistowerswatson.com

**Important Correspondence Update**: Until further notice, all correspondence should be sent to Willis Towers Watson via email using the email address of the above sender or your usual Willis Towers Watson contact. As with all businesses, we are currently experiencing challenges with the timely receipt of correspondence sent via ordinary postal services so please bear with us.  Many thanks for your cooperation and understanding

---

**From:** Bloomberg, Sheri <Sheri.Bloomberg@WillisTowersWatson.com>
**Sent:** Monday, January 11, 2021 2:19 PM
**To:** rdr3829@gmail.com; Herriott, Paul <Paul.Herriott@WillisTowersWatson.com>
**Cc:** Bradshaw, Jim <Jim.Bradshaw@WillisTowersWatson.com>; Hammar, Jon <jon.hammar@WillisTowersWatson.com>; May, Doug <Doug.May@WillisTowersWatson.com>; Hansen, Mark <mark.hansen@WillisTowersWatson.com>; Matthews, LaSherril <LaSherril.Matthews@WillisTowersWatson.com>; Lapinsky, Robert <robert.lapinsky@WillisTowersWatson.com>; Streams, Barbara <Barbara.Streams@WillisTowersWatson.com>
**Subject:** Notice Period and Post Employment Obligations

Paul:

As discussed, please see the attached a letter discussing important notice period obligations as well as post-employment obligations you have to Willis Re.  I will send you a separate message with the attachment referenced therein shortly.

Regards,

**Sheri E. Bloomberg**
Chief Counsel

**Willis Re Inc. and Willis Re Securities**
Investment, Risk and Reinsurance Segment
**Willis Towers Watson**

200 Liberty Street | New York, NY 10281
Tel: 212-915-7974
Mobile: 917-224-9646
sheri.bloomberg@willistowerswatson.com
willistowerswatson.com

**Important Correspondence Update**: Until further notice, all correspondence should be sent to Willis Towers Watson via email using the email address of the above sender or your usual Willis Towers Watson contact. As with all businesses, we are currently experiencing challenges with the timely receipt of correspondence sent via ordinary postal services so please bear with us.  Many thanks for your cooperation and understanding

---

For information pertaining to Willis Towers Watson's email confidentiality and monitoring policy, usage restrictions, or for specific company registration and regulatory status information, please visit https://www.willistowerswatson.com/en-GB/Notices/legal-disclaimers

Willis Towers Watson is a leading global advisory, broking and solutions company that helps clients around the world turn risk into a path for growth. Willis Towers Watson has offices in 140 countries and markets. For a complete list of office locations, please click here

You may receive direct marketing communications from Willis Towers Watson. If so, you have the right to opt out of these communications. You can opt out of these communications or request a copy of Willis Towers Watson's privacy notice by emailing unsubscribe@willistowerswatson.com [ELD-DEF].