# EXHIBIT H

WillisRe

**By Electronic Mail**

January 20, 2021

Paul Herriott

Re:  *Request for Confirmation of Your Continuing Obligations to Willis Re Inc.*

Dear Paul:

This is a follow up to my letter to you dated January 11, 2021, as supplemented on January 14, 2021. I write to request that you **confirm in writing to me via Electronic Mail, on or before 5pm EST on January 20, 2021**, that as outlined in my January 11, 2021 letter, as supplemented:

1. You will promptly return all of Willis Re's property;

2. You will uphold and fulfill your obligation to preserve any and all electronically stored information and documents in your possession or under your control; and

3. You will adhere to all of your Post-Employment Obligations and restrictive covenants, including but not limited to obligations not to, directly or indirectly, use or disclose any Confidential Information; solicit or accept business from, transact or perform any type of business carried on by Willis Re for or on behalf of certain clients or entice such clients to discontinue, in whole or in part, doing business of any type with Willis Re; solicit or accept business from, transact or perform any type of business carried on by Willis Re for or on behalf of certain prospects; or solicit or induce employees to leave to work for a competitor.

**If you do not confirm your agreement to all of the above in writing to me via Electronic Mail, on or before 5pm EST on January 20, 2021, Willi Re Inc. will assume that you do not intend to adhere to your above-described continuing obligations to Willis Re Inc.**

Sincerely,

*[signature]*

Sheri E. Bloomberg
Chief Counsel
Willis Re Inc.