# EXHIBIT J

WillisRe

**By Electronic Mail**

January 21, 2021

Paul Herriott

Re:     *Second Request for Confirmation of Your Continuing Obligations to Willis Re Inc.*

Dear Paul:

Thank you for your email response to my January 20, 2021 letter.  While I appreciate your confirmation that you intend to fully comply with your legal obligations, you did not respond to the specific questions in my letter. Therefore, please specifically confirm the following:

1. Will you be returning any Willis Re property in your possession?

2. Will you be preserving all Willis Re electronic information and documents in your possession or control?

3. Will you be adhering to the covenants in your agreement, including those that restrict you from, directly or indirectly, soliciting or servicing certain clients as described in your agreement?

Please feel free to consult with counsel if you like. However, I would appreciate a response to each of the three points above in writing to me via Electronic Mail, on or before 5pm EST on January 25, 2021.  If you need additional time to respond please let me know.

Sincerely,

*[signature]*

Sheri E. Bloomberg
Chief Counsel
Willis Re Inc.

26486733v.3