USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/28/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Willis RE Inc.,

                 Plaintiff,

      –v–

Paul Herriott,

                 Defendant.

21
~~20~~-cv-487 (CM)

ORDER

ALISON J. NATHAN, District Judge:

The Court is in receipt of Plaintiff's request for an Order to Show Cause why a preliminary injunction should not issue. The parties are hereby ORDERED to meet and confer and propose a schedule for the Plaintiff's proposed show cause order by 12:00 P.M. EST tomorrow January 29, 2021. If agreement on the schedule cannot be reached, the parties should so indicate by that time and submit their respective proposals in writing.

      SO ORDERED.

Dated: January 28, 2021
      New York, New York

_____
      ALISON J. NATHAN
  United States District Judge, Part I