UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WILLIS RE INC. et al,

                       Plaintiffs,

                       21-CV-487 (JMF)

       -v-

                       ORDER

PAUL HERRIOTT,

                       Defendant.
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The parties shall appear for a teleconference before the Court on **February 2, 2021** at **3:00 p.m.** to discuss Plaintiffs' application for emergency relief. Defendant shall file any opposition to Plaintiffs' motion no later than **5:00 p.m.** on **February 1, 2021**. Counsel should be prepared to discuss, among other things, whether there is need for an evidentiary hearing; and, if so, when and how it would be conducted given the COVID-19 pandemic.

       The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.)

       As stated in Rule 2(C)(ii) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, **no later than 24 hours before the conference**, the parties shall send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call. More broadly, counsel should review and comply with the rules and guidance regarding teleconferences set forth in the Court's Emergency Individual Rules and Practices in Light of COVID-19.

       The Clerk of Court is directed to terminate ECF Nos. 19 and 20.

       SO ORDERED.

Dated: January 29, 2021
       New York, New York

                                                  JESSE M. FURMAN
                                                  United States District Judge