UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
WILLIS RE INC., et al.,                                                 :
                                                                        :
                            Plaintiffs,                                 :
                                                                        :     21-CV-487 (JMF)
            -v-                                                         :
                                                                        :     ORDER
PAUL HERRIOTT,                                                          :
                                                                        :
                            Defendant.                                  :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As discussed, and for the reasons stated, on the record at a conference conducted remotely by telephone earlier today:

- The Court will conduct a hearing on Plaintiff's motion for a preliminary injunction on **April 14 and 15, 2021**.

- The supplemental briefing deadlines ordered at ECF No. 40 are VACATED.

- No later than **February 19, 2021**, the parties shall confer and file a joint letter as well as a proposed order setting deadlines for discovery, additional briefing and other pre-hearing materials.  To the extent there are areas of disagreement, the parties shall highlight those areas and explain their respective positions.

- For good cause and with Defendant's consent, the temporary restraining order issued at ECF No. 41 is EXTENDED through the date of the preliminary injunction hearing.

      SO ORDERED.

Dated: February 12, 2021  
      New York, New York  
                                                            JESSE M. FURMAN  
                                                           United States District Judge