UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
WILLIS RE INC., et al.,                                             :
:
:
                Plaintiffs,     :
:    21-CV-487 (JMF)
    -v-                                                         :
:    <u>ORDER</u>
PAUL HERRIOTT,                                                      :
:
:
                Defendant.      :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Upon preliminary review of the parties' submissions to date, the Court is inclined to think that a hearing is necessary to decide Plaintiffs' motion for contempt sanctions. The parties shall appear for a conference on **March 25, 2021 at 1:15 p.m**. to discuss (1) a hearing date; (2) whether and to what extent discovery is necessary and/or appropriate in advance of the hearing; and (3) whether the hearing should be held remotely or in person. Counsel should confer about these issues in advance of the conference.

      The conference will be held remotely by teleconference in accordance with Rule 2(A) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.)

      As stated in Rule 2(C)(ii) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, **no later than 24 hours before the conference**, the parties shall send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call. More broadly, counsel should review and comply with the rules and guidance regarding teleconferences set forth in the Court's Emergency Individual Rules and Practices in Light of COVID-19.

      SO ORDERED.

Dated: March 22, 2021
      New York, New York                        _____
                                                           JESSE M. FURMAN
                                                      United States District Judge