UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                        :

WILLIS RE INC., et al.,                    :

                         :

                Plaintiffs,         :

                         :        21-CV-487 (JMF)

        -v-                  :

                         :         __ORDER__

PAUL HERRIOTT,               :

                         :

               Defendant.      :

                         :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As discussed, and for the reasons stated, on the record earlier today at a conference

conducted remotely by telephone:

- The parties shall appear for a hearing on Plaintiffs' contempt motion, to be conducted
  remotely by video, on **April 15, 2021** at **9:30 a.m.**  The declarations that have been
  submitted to date shall serve as the direct testimony for any witnesses.

- The parties shall confer and file a joint letter no later than **April 2, 2021**, identifying: (1)
  a preferred vendor for the provision of a Zoom-based platform on which to conduct the
  hearing and (2) any witnesses which either party intends to cross-examine at the hearing.
  To the extent that Plaintiffs plan to cross-examine either "CEO 1" or "CEO 2," the parties
  should also address in their joint letter whether they have any objection to unsealing that
  witness's unredacted declaration.

      SO ORDERED.

Dated: March 25, 2021
      New York, New York

                                         JESSE M. FURMAN
                                 United States District Judge