

**Scott H. Casher**

7 Times Square, Suite 2900 | New York, NY 10036-6524
Direct 914.487.7343 | Fax 914.487.7328
cashers@whiteandwilliams.com | whiteandwilliams.com

April 12, 2021

<u>**VIA ECF**</u>

The Honorable Jesse M. Furman
United States Courthouse
40 Foley Square
New York, NY 10007

      **RE:   Letter Withdrawing Request for Sealing of BORs and Permission
           to File Unredacted Copies of BORs;
           WTW, et al. v. Herriott; No. 21-CV-00487**

To the Honorable Jesse M. Furman:

We represent Plaintiffs, Willis Towers Watson Public Limited Company and Willis Re Inc. (collectively "Willis") in the above-referenced action.  On April 2, 2021, the parties e-filed a joint letter with the court (ECF No. 95).  In the letter, Willis requested that the six BOR letters ("BORs) remain sealed by the Court.

Willis respectfully desires to withdraw its request for the sealing of the six BORs for the upcoming April 15, 2021 hearing, and requests permission to file unredacted copies of the six BORs.  Willis also believes this request would permit the April 15, 2021 to proceed in a more smooth and efficient manner.

Thank you for your consideration.

                Respectfully submitted,

                WHITE AND WILLIAMS LLP

                Scott H. Casher

cc: All parties of record (via ECF)