UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
WILLIS RE INC., et al.,                                              :
                                                                     :
                              Plaintiffs,                            :
                                                                     :      21-CV-487 (JMF)
          -v-                                                        :
                                                                     :      ORDER
PAUL HERRIOTT,                                                       :
                                                                     :
                              Defendant.                             :
                                                                     :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As discussed, and for the reasons stated, on the record at the hearing conducted yesterday:

- Defendant's motion to dismiss for lack of personal jurisdiction is DENIED.

- The parties shall appear for oral argument on Plaintiffs' contempt motion on **April 19, 2021** at **3:00 p.m.,** to be conducted on the same Zoom platform described in the Court's Order of April 12, 2021, ECF No. 105. The public will be able to observe the argument via an audio-only dial-in number by calling 1-703-552-8058 with access code 231224.

      The Clerk of Court is directed to terminate ECF No. 106.

      SO ORDERED.

Dated: April 16, 2021
      New York, New York

                                                  JESSE M. FURMAN
                                                 United States District Judge