UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
WILLIS RE INC., et al., :
:
:
Plaintiffs, :
: 21-CV-487 (JMF)
-v- :
: ORDER
:
PAUL HERRIOTT, :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As discussed, and for the reasons stated, on the record at the hearing conducted on April 15 and 19, 2021:

- Plaintiffs' motion to hold Defendant Paul Herriott in contempt is DENIED.

- The parties shall confer and file a joint letter no later than **April 22, 2021**, indicating if there are any steps the Court can take to facilitate settlement.

- All dates and deadlines remain in effect.

SO ORDERED.

Dated: April 19, 2021
New York, New York                    _____
                                       JESSE M. FURMAN
                                       United States District Judge