UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
WILLIS RE INC., et al., :
:
                Plaintiffs, :
: 21-CV-487 (JMF)
    -v- :
: ORDER
PAUL HERRIOTT, :
:
                Defendant. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    As discussed in the Court's Order of May 3, 2021, ECF No. 113, the hearing on Plaintiffs' motion for a preliminary injunction beginning on May 19, 2021 will be conducted remotely using a Zoom-based platform. The public will be able to observe the hearing via an audio-only dial-in number by calling **1-703-552-8058** with access code **646321**.

    SO ORDERED.

Dated: May 14, 2021
       New York, New York

                                                     JESSE M. FURMAN
                                                   United States District Judge