

MARK S. SULLIVAN
Partner
(212) 415-9245
sullivan.mark@dorsey.com

July 26, 2021

**VIA ECF**

Hon. Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

    Re:    *Willis Re Inc., et al. v. Herriott*, No. 21-cv-00487

Dear Judge Furman:

    We represent defendant Paul Herriott in the above-referenced matter and submit this letter-motion to request an adjournment of the pretrial conference scheduled for August 12, 2021.  *See* Dkt. No. 147.  By way of explanation, I am scheduled to be in trial from August 10 through August 24 in the matter of 16-cv-6313, *Van Brunt-Piehler v. Absolute Software* (W.D.N.Y.).  My colleague, Joshua Colangelo-Bryan, is working on that matter as well.

    No prior request for an adjournment of the pretrial conference has been made.  Plaintiffs do not object to this request.  There are no other Court appearances currently scheduled.

                        Respectfully submitted,

                        Mark S. Sullivan

Application GRANTED.  The conference currently scheduled for August 12, 2021 is ADJOURNED to **September 2, 2021** at **4:30 p.m.**  The Clerk of Court is directed to terminate ECF No. 148.

SO ORDERED.

*[signature]*
July 26, 2021

51 West 52nd Street | New York, NY | 10019-6119 | **T** 212.415.9200 | **F** 212.953.7201 | dorsey.com

4817-4050-6867\1