UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
WILLIS RE INC., et al.,                                            :
:
                            Plaintiffs,                            :
:          21-CV-487 (JMF)
         -v-                                                       :
:                ORDER
PAUL HERRIOTT,                                                     :
:
                            Defendant.                             :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     In its Findings of Fact and Conclusions of Law following the preliminary injunction hearing, the Court ordered the parties to file the declarations submitted by the witnesses at the hearing in lieu of direct testimony on the docket no later than July 29, 2021, in the interests of public access and to ensure a complete record. *See Willis Re Inc. v. Herriott*, — F. Supp. 3d —, No. 21-CV-487 (JMF), 2021 WL 3204764, at *27 (S.D.N.Y. July 22, 2021) (ECF No. 146). Based on a review of the filed declarations, *see* ECF Nos. 150-54, Defendant appears to have neglected to file one such declaration — namely, that of Anjanette Benning. Accordingly, Defendant shall promptly file Ms. Benning's declaration on the docket as well.

     SO ORDERED.

Dated: August 4, 2021
       New York, New York
                                                     JESSE M. FURMAN
                                                 United States District Judge