UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WILLIS RE INC., et al.,

                Plaintiffs,

         -v-

PAUL HERRIOTT,

                Defendant.
------------------------------------------------------------------X

21-CV-487 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      The parties were ordered to show cause in writing by August 5, 2021, if they believed that any of the three exhibits currently under seal should remain under seal. *See* ECF No. 146, at 62. The parties have not done so. Accordingly, the Clerk of Court is directed to lift the viewing restrictions on ECF No. 121 so that it is available for public viewing.

      SO ORDERED.

Dated: August 9, 2021
       New York, New York

                                              JESSE M. FURMAN
                                           United States District Judge