S.D.N.Y.-N.Y.C.
21-cv-487
Furman, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of August, two thousand twenty-one.

Present:

> Rosemary S. Pooler,
> Michael H. Park,
> Steven J. Menashi,
> *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 11 2021

Willis Re Inc., Willis Towers Watson Public Limited Company,

*Plaintiffs-Appellees*,

v.                                                          21-565

Paul Herriott,

*Defendant-Appellant*.

Appellees move to dismiss this appeal. Upon due consideration, it is hereby ORDERED that the motion is DENIED. Although the order appealed from was labeled a temporary restraining order, it bears the characteristics of a preliminary injunction. *See Huminski v. Rutland City Police Dep't*, 221 F.3d 357, 361 (2d Cir. 2000); *HBE Leasing Corp. v. Frank*, 48 F.3d 623, 632 (2d Cir. 1995)). However, the denial of the motion is without prejudice to Appellees renewing their arguments to the merits panel.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 08/11/2021