**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of September, two thousand twenty-one.

| | | |
|---|---|---|
| Willis Re Inc., Willis Towers Watson Public Limited Company, | **ORDER** | |
| Plaintiff - Appellee, | Docket No. 21-565 | |
| v. | | |
| Paul Herriott, | | |
| Defendant - Appellant. | | |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 3, 2021
```

Appellant moves to voluntarily dismiss the appeal or, alternatively, to consolidate this appeal with the appeal in docket number 21-2018.

IT IS HEREBY ORDERED that the motion to dismiss is GRANTED and the motion to consolidate is DENIED as moot.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 09/03/2021