UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIS TOWERS WATSON PUBLIC LIMITED COMPANY AND WILLIS RE INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>PAUL HERRIOTT,<br><br>Defendant. | Case No. 21-cv-00487 (JMF)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed, by and among the parties through their undersigned counsel that the above-captioned action is dismissed with prejudice and that each party shall bear its own attorneys' fees, costs, expenses and other disbursements. Consistent with the dismissal of this action, the parties request that the Order, setting forth a Preliminary Injunction, issued by the Court on August 5, 2021 (Dkt. No. 161), be dissolved and no longer of any effect.

September 28, 2021

WHITE AND WILLIAMS LLP

By: _____
Scott H. Casher, Esq.
7 Times Square, Suite 2900
New York, New York 10036
*Attorneys for Plaintiffs*

DORSEY & WHITNEY LLP

By: _____
Mark S. Sullivan, Esq.
51 West 52nd Street
New York, NY 10019
*Attorneys for Defendant*

27808196v.2